515 P.2d 643

**John ETCHEVERRY, Petitioner,**

v.

**GULF REFINING COMPANY, Respondent.**

No. 9765.

Supreme Court of New Mexico.

June 28, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 932, 85 N.M. 266, 511 P.2d 752 be and the same is hereby returned to the Clerk of the Court of Appeals.

515 P.2d 643

**LaVerne BITSIE, by her father and Next Friend, Oscar Bitsie, Petitioner,**

v.

**James B. WALSTON et al., Respondents.**

No. 9807.

Supreme Court of New Mexico.

Sept. 7, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1108, 85 N.M. 655, 515 P.2d 659 be and the same is hereby returned to the Clerk of the Court of Appeals.

515 P.2d 643

**William D. OLIVE, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9860.

Supreme Court of New Mexico.

Nov. 2, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1103, 85 N.M. 664, 515 P.2d 668 be and the same is hereby returned to the Clerk of the Court of Appeals.

515 P.2d 643

**John M. MARCHIONDO and Joe Ferris, Petitioners,**

v.

**STATE of New Mexico, Respondent.**

No. 9861.

Supreme Court of New Mexico.

Nov. 9, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1031, 85 N.M. 627, 515 P.2d 146 be and the same is hereby returned to the Clerk of the Court of Appeals.